# Third District Court of Appeal

## State of Florida

Opinion filed April 20, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-0235
Lower Tribunal No. 19-12335

————————

**Sergey Novov,**
Appellant,

vs.

**Larisa Novova,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Bernard S. Shapiro, Judge.

RNC Legal, and Ryan N. Chae (Hollywood); Bushell Law, P.A., and Daniel A. Bushell (Fort Lauderdale), for appellant.

Nancy A. Hass, P.A., and Nancy A. Hass (Fort Lauderdale), for appellee.

Before LOGUE, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Casto v. Casto</u>, 508 So. 2d 330, 334 (Fla. 1987) (noting that "the fact that one party to the [marital settlement] agreement apparently made a bad bargain is not a sufficient ground, by itself, to vacate or modify a settlement agreement" and that even an unreasonable marital settlement agreement is enforceable if freely entered into).